UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    JAMES EDWARD GAZZOLI, and         Case No. 14-36858-KRH
          DELLA RUTH GAZZOLI,               Chapter 13

          Debtors.

## ORDER TO SHOW CAUSE

On December 31, 2014, the Debtors, James Edward Gazzoli Della Ruth Gazzoli, filed a voluntary petition (the "Petition") under Chapter 7 of the Bankruptcy Code. According to the Debtors' Petition, the Debtors reside in Front Royal, Virginia, which is located in Frederick County. A voluntary petition must be filed in the district and division in which the debtor's domicile, residence, principal place of business, or principal assets were located for the greater part of the 180 days immediately preceding the petition date. 28 U.S.C. § 1408(1); LBR 5005-1(A)(1). The Richmond Division does not include Frederick County, Virginia, within its jurisdiction. *See* LBR 1071-1(B)(3). In consideration whereof, it is

**ORDERED** that the Debtors shall appear before the Court on **Wednesday, January 28, 2015,** at **12:00 p.m.** in Judge Huennekens' Courtroom, Room 5000, U.S. Courthouse, 701 East Broad Street, Richmond, VA 23219, and show cause why their case should not be transferred to the United States Bankruptcy Court for the Western District of Virginia.

ENTERED: Jan 8 2015

                                    /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

Copies to:                Entered on Docket: Jan 9 2015

**James Edward Gazzoli**
203 East 19th Street
Front Royal, VA 22630

**Della Ruth Gazzoli**
203 East 19th Street
Front Royal, VA 22630

**Sherman B. Lubman**
P.O. Box 5757
Glen Allen, VA 23058-5757

**Dale E. Adams**
Dale E. Adams, Attorney
1301 Princess Anne St
Fredericksburg, VA 22401

United States Bankruptcy Court
Eastern District of Virginia

In re:  
James Edward Gazzoli  
Della Ruth Gazzoli  
     Debtors

Case No. 14-36858-KRH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7    User: baumgartn    Page 1 of 1    Date Rcvd: Jan 09, 2015  
                        Form ID: pdford7    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2015.  
db/jdb      +James Edward Gazzoli,   Della Ruth Gazzoli,   203 East 19th Street,   Front Royal, VA 22630-4165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2015 at the address(es) listed below:  
            Dale E. Adams   on behalf of Debtor James Edward Gazzoli deadamslaw@hotmail.com, dalecourtstuff@gmail.com  
            Dale E. Adams   on behalf of Joint Debtor Della Ruth Gazzoli deadamslaw@hotmail.com, dalecourtstuff@gmail.com  
            Sherman B. Lubman   lubmans@comcast.net,   slubman@ecf.epiqsystems.com  
                                                                                                       TOTAL: 3